IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GOLLIHER                                    CIVIL. ACTION: C-1-01-496

v

UPS                                         JUDGE WEBER

*************************************************************

I hereby acknowledge receipt of defendants Depositions in the above styled case.


3-18-04                                     *Mike Upholding*
_____                              _____
Date                                        K. Morgan, Defts atty


FILED
JAMES BONINI
CLERK
04 MAR 18 AM 11:16